UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-34652 |
|---|---|
| JEANNIE NICOLE GAMBILL | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3995687**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 3/ 13 | NELNET FOR COLLEGE ACCESS NTWK<br>COLLEGE ACCESS NETWORK<br>999 18TH SUITE 425<br>DENVER, CO  80202 | 21.43 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 1/26/2010

Certificate of Service                    08-34652

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

JEANNIE NICOLE GAMBILL
5242 APPALOOSA CIRCLE
MORROW, OH  45152

LYNN A LAPE
5451 NORTH BEND RD
SUITE 105 B
CINCINNATI, OH  45247

(21.1n)
ECMC
BOX 8809
RICHMOND, VA  23225

(13.1)
NELNET FOR COLLEGE ACCESS NTWK
COLLEGE ACCESS NETWORK
999 18TH SUITE 425
DENVER, CO  80202

(22.1n)
REIMER ARNOVITZ CHERNEK & JEFFREY CO
BOX 968
2450 EDISON BOULEVARD
TWINSBURG, OH  44087

Jeffrey M. Kellner BY      ___/s/ Jeffrey M. Kellner_____      cs